FILED

**NOT FOR PUBLICATION**

MAR 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLORIA MARIA MONTOYA DE SOTO,<br><br>           Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>           Respondent. | No.   13-70564<br><br>Agency No. A089-532-081<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2017[**]

Before:     LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

Gloria Maria Montoya de Soto, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's decision denying adjustment of status.  We have

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Garfias-Rodriguez v. Holder*, 702 F.3d 504, 512 n.6 (9th Cir. 2012) (en banc). We grant the petition for review and remand.

At the time the BIA determined that *Matter of Briones*, 24 I. & N. Dec. 355 (BIA 2007), applied retroactively to render Montoya de Soto ineligible to adjust status, the BIA did not have the benefit of this court's decision in *Acosta-Olivarria v. Lynch*, 799 F.3d 1271, 1274-77 (9th Cir. 2015). Like the petitioner in *Acosta-Olivarria*, Montoya de Soto applied for adjustment of status during the 21-month window between *Acosta v. Gonzales*, 439 F.3d 550 (9th Cir. 2006) (permitting adjustment of status for an alien inadmissible under 8 U.S.C. § 1182(a)(9)(C)(i)(I)), and *Briones*, when it was reasonable for Montoya de Soto to rely on our decision in *Acosta*. *See Acosta-Olivarria*, 799 F.3d at 1274-77. As there is no significant factual basis to distinguish Montoya de Soto's situation from the one presented in *Acosta-Olivarria*, we remand to the agency to reconsider her contention in light of *Acosta-Olivarria*.

In light of this disposition, we do not reach Montoya de Soto's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**

13-70564